# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2990

_____

David E. Jones,

        Appellant,

    v.

Geoffrey Bullard, Corporal, Faulkner
County Sheriff's Office; Karl Byrd,
Sheriff, Faulkner County Sheriff's
Office,

        Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Arkansas.
\*
\*  [UNPUBLISHED]
\*
\*
\*
\*

_____

Submitted: May 5, 2009
Filed: May 11, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

    David Jones appeals the district court's[1] denial of his motion for injunctive relief in his 28 U.S.C. § 1983 action. We conclude that the district court did not clearly err in its factual determinations, err on the law, or abuse its discretion in

---

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

denying Jones's motion for a preliminary injunction.  <u>See</u> <u>United Indus. Corp. v. Clorox Co.</u>, 140 F.3d 1175, 1178-79 (8th Cir. 1998) (standard of review). Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____